UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| DOUGLAS SCHOLP, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No: 3:16-CV-00202-JMS-MPB |
| | ) | |
| CITY OF EVANSVILLE, INDIANA, | ) | |
| OFFICER STEVEN TONEY, in his individual and | ) | |
| official capacities, OFFICER KYLE CAMPBELL, | ) | |
| in his individual and official capacities | ) | |
| Defendants. | ) | |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Comes now the Plaintiff, Douglas Scholp, by and through counsel of record, Scott L. Barnhart and Brooke Smith of Keffer Barnhart LLP, and hereby notifies this Court and the parties that the Plaintiff accepts the Offer of Judgment tendered by the City of Evansville, Steven Toney, and Kyle Campbell sent via electronic mail and U.S. mail on January 15, 2018, to resolve this matter, which is attached and incorporated herein.  Accordingly, pursuant to Federal Rule of Civil Procedure 68, please see the attached Offer of Judgment from the Defendants, and an email between counsel for the Plaintiff and counsel for the Defendants which includes the Plaintiff's written acceptance of that offer counsel and service thereof.  Accordingly, Pursuant to Rule 68 of the Federal Rules of Evidence, the Plaintiff respectfully requests Clerk of this Court to enter judgment against the City of Evansville, Steven Toney, and Kyle Campbell in the amount of $75,001.00 plus reasonable attorney's fees, expenses, and costs.

Respectfully Submitted,

_/s/  Scott L. Barnhart_____
Scott L. Barnhart, #25474-82
Brooke Smith, #32427-03
Keffer Barnhart LLP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on January 24, 2018, a copy of the forgoing Notice was filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/  Scott L. Barnhart*
Scott L. Barnhart, #25474-82

Keffer Barnhart LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204
Office: (317) 857-0160
Fax: (855) 641-5311
E-mail: Barnhart@KBindy.com