# Brooke Smith

| | |
|---|---|
| From: | Cindy Hollen <chollen@zsws.com> |
| Sent: | Monday, January 15, 2018 11:28 AM |
| To: | Scott Barnhart; Brooke Smith |
| Cc: | Cliff Whitehead |
| Subject: | Scholp v. City of Evansville, et al |
| Attachments: | 20180115 Offer of Judgment - Scholp v. City of Evansville, et al.pdf |

Counsel:

Attached please find Defendants' Offer of Judgment in the above-referenced matter.

Thank you,

**CINDY HOLLEN**



ZIEMER STAYMAN
WEITZEL SHOULDERS LLP
ATTORNEYS AT LAW

Legal Assistant to Clay Havill and Cliff Whitehead

20 NW FIRST STREET 9TH FLOOR  |  PO BOX 916
EVANSVILLE INDIANA  47706 0916

PHONE **(812) 424-7575**  |  FAX **(812) 421-5089**  |  ZSWS.COM

This e-mail message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

TAX ADVICE NOTICE: Tax advice, if any, contained in this e-mail does not constitute a "reliance opinion" as defined in IRS Circular 230 and may not be used to establish reasonable reliance on the opinion of counsel for the purpose of avoiding the penalty imposed by Section 6662A of the Internal Revenue Code. This Law Firm provides reliance opinions only in formal opinion letters containing the signature of a Partner of Ziemer, Stayman, Weitzel & Shoulders, LLP.



ZIEMER STAYMAN
WEITZEL SHOULDERS LLP

ZSWS.COM

January 15, 2018

**Electronic Mail and
Certified Mail
Return Receipt Requested**

**\*\*Settlement Communication Protected by Rule 408 of the Federal Rules
of Evidence and by Rule 68 Federal Rules of Civil Procedure\*\***

Scott Barnhart
Brooke Smith
Keffer Barnhart LLP
230 E. Ohio Street, Suite 400
Indianapolis, IN 46204
Barnhart@kbindy.com
Smith@kbindy.com

    RE:    Rule 68 – Offer of Judgment
             <u>Douglas W. Scholp v. City of Evansville, et al</u>
             Case No. 3:16-cv-00202-JMS-MPB

Dear Counsel:

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, City of Evansville, Steven Toney, and Kyle Campbell (collectively referred to as "Evansville Defendants") hereby submit to Plaintiff Douglas Scholp an offer of judgment in the amount of $75,001.00 for all claims for relief in his Complaint, which figure expressly excludes any legally available attorney's fees and costs ("Offer"). If this Offer is accepted, the Evansville Defendants agree to pay reasonable attorney's fees and costs incurred by Plaintiff up to and including the date of this Offer in an amount to be determined by the Court at a later hearing; however, the Evansville Defendants do not agree to pay any attorney's fees and costs incurred after the date of this Offer.

    This Offer is made for the purposes of a full and complete settlement of Plaintiff Scholp's claims against the Evansville Defendants and, upon acceptance, will extinguish any liability the Evansville Defendants have or could have to Plaintiff Scholp related to the Complaint and will extinguish all claims Plaintiff has or could have against the Evansville Defendants, including for any and all monetary and non-monetary relief, related to this matter. This Offer is not to be construed as either an admission that the Evansville Defendants are liable in this action or that

January 15, 2018
Rule 68 – Offer of Judgment
Page 2 of 2

Plaintiff Scholp has suffered any damage. This Offer shall not be filed with the Court, unless accepted or in a proceeding to determine costs.

Pursuant to Rule 68, if, within 14 days after being served with this Offer of Judgment, Plaintiff Scholp serves written notice accepting the Offer, either party may then file the Offer and notice of acceptance plus proof of service. The clerk must then enter judgment. However, if the Offer is not accepted within that period of time, it is considered withdrawn.

Lastly, if Plaintiff Scholp obtains a judgment but it is not more favorable than this Offer of Judgment, Plaintiff Scholp must pay the costs, including attorney's fees, incurred by the Evansville Defendants after this Offer of Judgment was made.

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

By: _____
Clifford R. Whitehead #28836-49
Keith W. Vonderahe #21908-82
Robert L. Burkart #16664-82
20 N.W. First Street
P.O. Box 916
Evansville, IN 47706
Tel. No. (812) 424-7575
Fax No. (812) 421-5089
Attorneys for the Defendants

# Brooke Smith

| | |
|---|---|
| From: | Scott Barnhart |
| Sent: | Monday, January 22, 2018 4:34 PM |
| To: | Cliff Whitehead; Brooke Smith |
| Subject: | RE: Expert depositions |

Cliff,

We don't need to schedule those as Mr. Scholp has accepted the offer of judgment tendered by Defendants on January 15. We'll get a notice on file with the Court. To that end, we're gathering records together for fees and costs, which I anticipate getting to your office soon. Thanks.

Sincerely,



**Scott Barnhart** / Partner
Barnhart@KBindy.com

**Keffer Barnhart LLP**
(317) 857-0160 / (855) 641-5311
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204
www.KefferBarnhart.com

CONFIDENTIALITY NOTICE: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. § 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Cliff Whitehead [mailto:cwhitehead@zsws.com]
**Sent:** Monday, January 22, 2018 2:17 PM
**To:** Brooke Smith; Scott Barnhart
**Subject:** RE: Expert depositions

Brooke and Scott,

Just following up on below. January 30 and 31 now work much better for me. Please let me know as our deadline is in a couple of weeks.

**CLIFF R. WHITEHEAD**



ZIEMER STAYMAN
WEITZEL SHOULDERS LLP
ATTORNEYS AT LAW

1

20 NW FIRST STREET 9TH FLOOR | PO BOX 916
EVANSVILLE INDIANA 47706 0916

PHONE **(812) 424-7575** | FAX **(812) 421-5089** | ZSWS.com

This e-mail message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply email and destroy all copies of the original message. Thank you.

From: Cliff Whitehead [mailto:cwhitehead@zsws.com]
Sent: Wednesday, January 17, 2018 7:42 AM
To: 'Brooke Smith' <Smith@kbindy.com>; 'Scott Barnhart' <Barnhart@kbindy.com>
Subject: Expert depositions

Brooke and Scott,

Are you and Cpt. Gregory available for a deposition on January 29, 30, or 31? I believe he is located in Indianapolis, so it may be easiest to take it there.

Also, Cpt. Gregory did not provide a list of all other cases in which, during the previous 4 years, he has testified as an expert at trial or by deposition. Could you please provide that within the next week, so I can review prior to his deposition?

Thank you,

**CLIFF R. WHITEHEAD**



ZIEMER STAYMAN
WEITZEL SHOULDERS LLP
ATTORNEYS AT LAW

20 NW FIRST STREET 9TH FLOOR | PO BOX 916
EVANSVILLE INDIANA 47706 0916

PHONE **(812) 424-7575** | FAX **(812) 421-5089** | ZSWS.com

This e-mail message is for the sole use of the intended recipient(s), and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient(s), please contact the sender by reply email and destroy all copies of the original message. Thank you.