UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DOUGLAS W. SCHOLP, | ) |
|     Plaintiff | ) |
| | ) |
|     v. | ) Cause No: 3:16-CV-00202-JMS-MPB |
| | ) |
| CITY OF EVANSVILLE, INDIANA, | ) |
| OFFICER STEVEN TONEY, in his | ) |
| individual and official capacities, and | ) |
| OFFICER KYLE CAMPBELL, in his | ) |
| individual and official capacities, | ) |
|     Defendants | ) |

## JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68

In accordance with Federal Rule of Civil Procedure 68 and Plaintiff's acceptance of the settlement offer by Defendants City of Evansville, Officer Steven Toney, and Officer Kyle Campbell [Dkt. No. 54], Plaintiff Douglas W. Scholp shall recover from Defendants the sum of $75,001.00, plus reasonable attorneys' fees in an amount agreed upon by the parties.

IT IS SO ORDERED.

Date: 3/7/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

*Notice of this filing will be sent to the all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.*