IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| DOUGLAS W. SCHOLP, )<br>    Plaintiff, )<br>  v. )<br>)<br>CITY OF EVANSVILLE, INDIANA )<br>OFFICER STEVEN TONEY, in his )<br>individual and official capacities, and )<br>OFFICER KYLE CAMPBELL, in his )<br>individual and official capacities, )<br>    Defendants. ) | Case Number: 3:16-cv-00202-JMS-MPB |

## NOTICE OF SATISFACTION

Comes now the Plaintiff, Douglas Scholp, by and through counsel of record Scott L. Barnhart and Brooke Smith of Keffer Barnhart LLP, and hereby tenders notice to this Court and the parties of the following:

1. On or about January 15, 2018, the Defendants tendered an Offer of Judgment to the Plaintiff, which was accepted.

2. The Defendants ahve reached an agreement with the Plaintiff regarding reasonable attorneys' fees.

3. The Defendants issued payment to the Plaintiff for the amount of the offer of judgment and the agreed upon amount for reasonable attorneys' fees.

4. As such, the parties have satisfied the Judgment.

Respectfully Submitted,

*/s/ Scott L. Barnhart*
Scott L. Barnhart, #25474-82
Brooke Smith, #32427-03
Keffer Barnhart LLP

**CERTIFICATE OF SERVICE**

      I hereby certify on April 16, 2018, a copy of the forgoing Notice was filed electronically. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Scott L. Barnhart*
                                                Scott L. Barnhart, #25474-82

Keffer Barnhart LLP
230 East Ohio Street, Suite 400
Indianapolis, Indiana 46204
Office: (317) 857-0160
Fax: (855) 641-5311
E-mail: Barnhart@KBindy.com